IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | 78<br>Chapter 11 |
| QCE FINANCE LLC, *et al.*,[1] | ) ) | Case No. 14-10543 (PJW) |
| Debtors. | ) ) ) | Joint Administration Requested |

**AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS**

A.  <u>Voluntary Petitions</u>

   1. Voluntary Petition of QCE Finance LLC [Docket No. 1 - filed March 14, 2014]
   2. Voluntary Petition American Food Distributors LLC [Docket No. 1 - filed March 14, 2014]
   3. Voluntary Petition National Marketing Fund Trust [Docket No. 1 - filed March 14, 2014]
   4. Voluntary Petition QAFT, Inc. [Docket No. 1 - filed March 14, 2014]
   5. Voluntary Petition QCE LLC [Docket No. 1 - filed March 14, 2014]
   6. Voluntary Petition QFA Royalties LLC [Docket No. 1 - filed March 14, 2014]
   7. Voluntary Petition QIP Holder LLC [Docket No. 1 - filed March 14, 2014]
   8. Voluntary Petition Quiz-CAN LLC [Docket No. 1 - filed March 14, 2014]
   9. Voluntary Petition Quiznos Canada Holding LLC [Docket No. 1 - filed March 14, 2014]
   10. Voluntary Petition Quiznos Global LLC [Docket No. 1 - filed March 14, 2014]
   11. Voluntary Petition The Quiznos Master LLC [Docket No. 1 - filed March 14, 2014]
   12. Voluntary Petition The Quiznos Operating Company LLC [Docket No. 1 - filed March 14, 2014]
   13. Voluntary Petition The Regional Advertising Program Trust [Docket No. 1 - filed March 14, 2014]
   14. Voluntary Petition Restaurant Realty LLC [Docket No. 1 - filed March 14, 2014]
   15. Voluntary Petition TQSC II LLC [Docket No. 1 - filed March 14, 2014]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: QCE Finance LLC (7897); American Food Distributors LLC (8099); Quiznos Global LLC (2772); QCE LLC (2969); QFA Royalties LLC (2402); QIP Holder LLC (2353); Quiz-CAN LLC (7714); Quizno's Canada Holding LLC (3220); QAFT, Inc. (6947); Restaurant Realty LLC (8293); The Quizno's Master LLC (3148); The Quizno's Operating Company LLC (8945); National Marketing Fund Trust (4951); The Regional Advertising Program Trust (2035); and TQSC II LLC (8683). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 17th Street, Suite 200, Denver, Colorado 80202.

RLF1 9988947v.1

B.     Declaration of Stuart K. Mathis in Support of First Day Pleadings [Docket No. 17 - filed March 14, 2014]

C.     <u>First Day Motions</u>

    16.     Motion of the Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2 - filed March 14, 2014]

    17.     Debtors' Motion for Interim and Final Orders (A) Authorizing Debtors to Obtain Postpetition Financing and to Use Cash Collateral; (B) Granting Priming Liens and Providing Superpriority Claims; (C) Granting Adequate Protection to Prepetition Secured Parties; and (D) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [Docket No. 11 - filed March 14, 2014]

        i.     Declaration of Matthew J. Hart in Support of Debtors' Motion for Interim and Final Orders (A) Authorizing Debtors to Obtain Postpetition Financing and to Use Cash Collateral; (B) Granting Priming Liens and Providing Superpriority Claims; (C) Granting Adequate Protection to Prepetition Secured Parties; and (D) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [Docket No. 12 - filed March 14, 2014]

    18.     Debtors' Motion for Authority to (A) Continue Using Their Existing Cash Management System (B) Honor or Satisfy Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Bank Accounts and Business Forms and (D) Extend the Time to Comply with Bankruptcy Code Section 345(b) and Local Rule 4001-3 [Docket No. 8 - filed March 14, 2014]

    19.     Debtors' Motion for Interim and Final Orders (A) Determining Adequate Assurance of Payment for Future Utility Services, (B) Approving Adequate Assurance Procedures and (C) Granting Related Relief [Docket No. 3 - filed March 14, 2014]

    20.     Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing, But Not Directing, Payment of Prepetition Wages, Salaries, and Other Compensation and Benefits and Continuation of Employee Benefits Programs and Related Administrative Obligations in the Ordinary Course, (B) Authorizing and Directing Applicable Banks and Financial Institutions to Honor and Process Related Checks and Transfers and (C) Scheduling a Final Hearing [Docket No. 4 - filed March 14, 2014]

    21.     Debtors' Motion for Authorization to (A) Continue Customer and Franchisee Programs in the Ordinary Course of Business and (B) Otherwise Honor Prepetition Obligations Related Thereto [Docket No. 5 - filed March 14, 2014]

    22.     Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A) Arising Under the Perishable Agriculture Commodities

    Act, (B) of Shippers, (C) Arising Under Bankruptcy Code Section 503(b)(9) and (D) Claims Incurred in Connection with Postpetition Delivery of Goods and Services and (II) Granting Related Relief [Docket No. 10 - filed March 14, 2014]

23. Debtors' Application for Entry of an Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a) and Local Rule 2002-1(f), Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 9 - filed March 14, 2014]

24. Debtors' Motion for Entry of an Order (A) Scheduling a Combined Hearing on Debtors' Disclosure Statement and Plan Confirmation, (B) Establishing an Objection Deadline and Procedures for Objecting to the Disclosure Statement, Plan and Assumption of Executory Contracts and Unexpired Leases, (C) Approving Solicitation Procedures, (D) Approving the Form and Notice of the Combined Hearing, (E) Waiving the Requirement for a Meeting of Creditors and (F) Granting Related Relief [Docket No. 13 - filed March 14, 2014]

D. <u>Plan-Related Documents</u>:[2]

25. Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 14 - filed March 14, 2014]

26. Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 15 - filed March 14, 2014]

---

[2] Copies of these documents have been included herein for the convenience of the Court. These matters will not be going forward at the first-day hearing.

RLF1 9988947v.1

Wilmington, Delaware
Date: March 14, 2014

         */s/ Amanda R. Steele*
**RICHARDS LAYTON & FINGER P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Lee E. Kaufman (No. 4877)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 654-7700
Facsimile: (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (*pro hac vice* admission pending)
Philip C. Dublin (*pro hac vice* admission pending)
Jason P. Rubin (*pro hac vice* admission pending)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

RLF1 9988947v.1