**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QCE FINANCE LLC, *et al.*,[1] | ) | Case No. 14-10543 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 74** |

**CERTIFICATION OF COUNSEL
REGARDING ORDER AUTHORIZING
THE DEBTORS TO (A) RETAIN ALVAREZ & MARSAL
NORTH AMERICA, LLC TO PROVIDE THE DEBTORS A CHIEF
ADMINISTRATIVE OFFICER, A SENIOR ADVISOR AND CERTAIN
ADDITIONAL PERSONNEL AND (B) DESIGNATE JONATHAN M. TIBUS AS
CHIEF ADMINISTRATIVE OFFICER FOR THE DEBTORS AND DEBTORS
IN POSSESSION, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned hereby certifies as follows:

1. On March 19, 2014, the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed the *Debtors' Application Pursuant to Bankruptcy Code Sections 105(a) and 363(b) for Entry of an Order Authorizing the Debtors to (A) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Administrative Officer, a Senior Advisor and Certain Additional Personnel and (B) Designate Jonathan M. Tibus as Chief Administrative Officer for the Debtors and Debtors in Possession, Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 74] (the "***Application***") with the United States Bankruptcy Court for the District of Delaware (the "***Court***"). Pursuant to the Application, any objection or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: QCE Finance LLC (7897); American Food Distributors LLC (8099); Quiznos Global LLC (2772); QCE LLC (2969); QFA Royalties LLC (2402); QIP Holder LLC (2353); Quiz-CAN LLC (7714); Quizno's Canada Holding LLC (3220); QAFT, Inc. (6947); Restaurant Realty LLC (8293); The Quizno's Master LLC (3148); The Quizno's Operating Company LLC (8945); National Marketing Fund Trust (4951); The Regional Advertising Program Trust (2035); and TQSC II LLC (8683). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 17th Street, Suite 200, Denver, Colorado 80202.

response to the Application was to be filed and served no later than 4:00 p.m. (EDT) on April 2, 2014 (the "***Objection Deadline***").  The Debtors extended the Objection Deadline for the Official Committee of Unsecured Creditors (the "***Committee***") and the Office of the United States Trustee for the District of Delaware (the "***U.S. Trustee***") to April 16, 2014 at 4:00 p.m. (EDT)

2. Prior to the Objection Deadline, the Debtors received informal comments to the Application from the U.S. Trustee.  The Debtors received no other objections or responses to the Application, and no objection or other responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases.

3. To resolve the informal comments of the U.S. Trustee, the Debtors have attached hereto as <u>Exhibit A</u> a revised form of order granting the relief requested in the Application (the "***Revised Order***").  The Revised Order has been circulated to, and is acceptable, to the U.S. Trustee and the U.S. Trustee has indicated to the Debtors that the informal comments are resolved.  For the convenience of the Court and parties in interest, a blackline of the Revised Order against the proposed form of order attached to the Application is attached hereto as <u>Exhibit B</u>.

**[Continued on the following page]**

      WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

Wilmington, Delaware
Date: April 22, 2014

                */s/ Amanda R. Steele*
                **RICHARDS LAYTON & FINGER P.A.**
                Mark D. Collins (No. 2981)
                Paul N. Heath (No. 3704)
                Amanda R. Steele (No. 5530)
                One Rodney Square
                920 North King Street
                Wilmington, Delaware 19801
                Telephone:  (302) 651-7700
                Facsimile:  (302) 651-7701

                – and –

                **AKIN GUMP STRAUSS HAUER & FELD LLP**
                Ira S. Dizengoff (admitted *pro hac vice*)
                Philip C. Dublin (admitted *pro hac vice*)
                Jason P. Rubin (admitted *pro hac vice*)
                One Bryant Park
                New York, New York 10036
                Telephone:  (212) 872-1000
                Facsimile:  (212) 872-1002

                *Co-Counsel to the Debtors and*
                *Debtors in Possession*