**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QCE FINANCE LLC, *et al.*,[1] | ) | Case No. 14-10543 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 25, 2014 AT 9:30 A.M. (EDT)[2]**

I.      **CONTINUED/RESOLVED MATTERS:**

1.      Debtors' Motion for Entry of an Order Authorizing and Approving (A) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, Effective *Nunc Pro Tunc* to the Petition Date, and (B) Abandonment of Certain Personal Property [Docket No. 6 - filed March 14, 2014]

   Objection / Response Deadline:  April 2, 2014 at 4:00 p.m. (EDT); extended to April 16, 2014 at 4:00 p.m. for Aprendo Strada, Inc.

   Related Documents:

   A.      Notice of Motion and Hearing [Docket No. 63 - filed March 18, 2014]

   B.      Order Authorizing and Approving (A) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, Effective *Nunc Pro Tunc* to the Petition Date, and (B) Abandonment of Certain Personal Property [Docket No. 198 - filed April 9, 2014]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  QCE Finance LLC (7897); American Food Distributors LLC (8099); Quiznos Global LLC (2772); QCE LLC (2969); QFA Royalties LLC (2402); QIP Holder LLC (2353); Quiz-CAN LLC (7714); Quizno's Canada Holding LLC (3220); QAFT, Inc. (6947); Restaurant Realty LLC (8293); The Quizno's Master LLC (3148); The Quizno's Operating Company LLC (8945); National Marketing Fund Trust (4951); The Regional Advertising Program Trust (2035); and TQSC II LLC (8683).  The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 17th Street, Suite 200, Denver, Colorado 80202.

[2]    The hearing will be held before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the April 25, 2014 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Thursday, April 24, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

C.    Certification of Counsel Regarding Order Authorizing and Approving Rejection of Certain Executory Contract, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 233 - filed April 21, 2014]

D.    Order Authorizing and Approving Rejection of Certain Executory Contract, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 238 - entered April 22, 2014]

Objections / Responses Received:

i.    Letter Objection of TMB Properties LLP [Docket No. 97 - filed March 31, 2014]

ii.    Letter Objection of Henry Crocker of HC Management Inc. [Docket No. 100 - filed April 3, 2014]

Status: On April 22, 2014, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is no longer necessary.

2.    Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 14 - filed March 14, 2014]

Objection / Response Deadline:    April 16, 2014 at 4:00 p.m. (EDT); extended to May 2, 2014 at 4:00 p.m. (EDT)

Reply Deadline:    April 22, 2014 at 4:00 p.m. (EDT); extended to May 8, 2014 at 11:30 a.m. (EDT)

Related Documents:

A.    Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 15 - filed March 14, 2014]

B.    Declaration of Benjamin J. Steele, Esq. of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 23 - filed March 14, 2014]

C.    Order (A) Scheduling a Combined Hearing on Debtors' Disclosure Statement and Plan Confirmation, (B) Establishing an Objection Deadline and Procedures for Objecting to the Disclosure Statement, Plan and Assumption of Executory Contracts and Unexpired Leases, (C) Approving Solicitation Procedures, (D) Approving the Form and Notice of the Combined Hearing, (E) Waiving the Requirement for a Meeting of Creditors and (F) Granting Related Relief [Docket No. 47 - filed March 17, 2014]

2

D.    Notice of (I) Commencement of Prepackaged Chapter 11 Cases, (II) Combined Hearing on (A) Disclosure Statement and (B) Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization and Related Matters and (III) Objection Deadlines and Summary of the Plan [Docket No. 64 - filed March 18, 2014]

E.    Notice of Adjournment of Combined Hearing on Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization and Confirmation of Debtors' Joint Prepackaged Plan of Reorganization [Docket No. 158 - filed April 8, 2014]

Objections / Responses Received:  None.

Status:  The hearing on this matter has been continued to May 12, 2014 at 11:00 a.m. (EDT).

3.    Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 15 - filed March 14, 2014]

Objection / Response Deadline:    April 16, 2014 at 4:00 p.m. (EDT); extended to May 2, 2014 at 4:00 p.m. (EDT)

Reply Deadline:    April 22, 2014 at 4:00 p.m. (EDT); extended to May 8, 2014 at 11:30 a.m. (EDT)

Related Documents:

A.    Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 14 - filed March 14, 2014] *(Document located under tab 1)*

B.    Declaration of Benjamin J. Steele, Esq. of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 23 - filed March 14, 2014]

C.    Order (A) Scheduling a Combined Hearing on Debtors' Disclosure Statement and Plan Confirmation, (B) Establishing an Objection Deadline and Procedures for Objecting to the Disclosure Statement, Plan and Assumption of Executory Contracts and Unexpired Leases, (C) Approving Solicitation Procedures, (D) Approving the Form and Notice of the Combined Hearing, (E) Waiving the Requirement for a Meeting of Creditors and (F) Granting Related Relief [Docket No. 47 - filed March 17, 2014]

D.    Notice of (I) Commencement of Prepackaged Chapter 11 Cases, (II) Combined Hearing on (A) Disclosure Statement and (B) Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization and

3

Related Matters and (III) Objection Deadlines and Summary of the Plan [Docket No. 64 - filed March 18, 2014]

E.    Notice of Adjournment of Combined Hearing on Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization and Confirmation of Debtors' Joint Prepackaged Plan of Reorganization [Docket No. 158 - filed April 8, 2014]

Objections / Responses Received:  None.

Status:  The hearing on this matter has been continued to May 12, 2014 at 11:00 a.m. (EDT).

4.    Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Assume a Restructuring Support Agreement and (B) Granting Related Relief [Docket No. 69 - filed March 19, 2014]

Objection / Response Deadline:    April 2, 2014 at 4:00 p.m. (EDT); extended for the Office of the United States Trustee and the Official Committee of Unsecured Creditors to April 16, 2014 at 4:00 p.m. (EDT); extended to May 2, 2014 at 4:00 p.m. (EDT)

Related Documents:  None.

Objections / Responses Received:  None.

Status:  The hearing on this matter has been continued to May 12, 2014 at 11:00 a.m. (EDT).

5.    Debtors' Application for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a) and 328(a) (A) Authorizing the Employment and Retention of Lazard Freres & Co. LLC and Lazard Middle Market LLC as Investment Banker to the Debtors and Debtors in Possession, Effective Nunc Pro Tunc to the Petition Date, (B) Approving the Terms of the Lazard Agreement, (C) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h) and (D) Granting Related Relief [Docket No. 75 - filed March 19, 2014]

Objection / Response Deadline:    April 2, 2014 at 4:00 p.m. (EDT); extended for the Office of the United States Trustee and the Official Committee of Unsecured Creditors to April 16, 2014 at 4:00 p.m. (EDT)

Related Documents:

A.    Certification of Counsel Regarding Order Pursuant to Bankruptcy Code Sections 327(a) and 328(a) (A) Authorizing the Employment and Retention of Lazard Freres & Co. LLC and Lazard Middle Market LLC as

4

Investment Banker to the Debtors and Debtors in Possession, Effective Nunc Pro Tunc to the Petition Date, (B) Approving the Terms of the Lazard Agreement, (C) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h) and (D) Granting Related Relief [Docket No. 232 - filed April 21, 2014]

B.      Order Pursuant to Bankruptcy Code Sections 327(a) and 328(a) (A) Authorizing the Employment and Retention of Lazard Freres & Co. LLC and Lazard Middle Market LLC as Investment Banker to the Debtors and Debtors in Possession, Effective Nunc Pro Tunc to the Petition Date, (B) Approving the Terms of the Lazard Agreement, (C) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h) and (D) Granting Related Relief [Docket No. 237 - entered April 22, 2014]

Objections / Responses Received:    Informal comments from Office of the United States Trustee and the Official Committee of Unsecured Creditors.

Status: On April 22, 2014, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is no longer necessary.

6.      Motion for Payment of Administrative Claim Pursuant 11 U.S.C. § 503(b)(9) [Docket No. 113 - filed April 4, 2014]

Objection / Response Deadline:    April 18, 2014 at 4:00 p.m. (EDT); extended for the Debtors to May 6, 2014 at 4:00 p.m. (EDT)

Related Documents:  None.

Objections / Responses Received:  None.

Status:  The hearing on this matter has been continued to May 12, 2014 at 11:00 a.m. (EDT).

## II.      UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

7.      Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 for Authorization and Approval of a Compromise and Settlement with Certain Franchisee Litigants [Docket No. 105 - filed April 4, 2014]

Objection / Response Deadline:    April 18, 2014 at 4:00 p.m. (EDT)

5

Related Documents:

A.      Certification of No Objection Regarding Debtors' Motion for Entry of an
        Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule
        9019 for Authorization and Approval of a Compromise and Settlement
        with Certain Franchisee Litigants [Docket No. 240- filed April 22, 2014]

Objections / Responses Received:  None.

Status:  On April 22, 2014, the Debtors filed a certification of no objection
         regarding this matter. Accordingly, the hearing on this matter will only
         go forward to the extent the Court has questions or concerns.

## III.      UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

8.      Debtors' Motion for Interim and Final Orders (A) Authorizing Debtors to Obtain
        Postpetition Financing and to Use Cash Collateral; (B) Granting Priming Liens
        and Providing Superpriority Claims; (C) Granting Adequate Protection to
        Prepetition Secured Parties; and (D) Prescribing the Form and Manner of Notice
        and Setting the Time for the Final Hearing [Docket No. 11 - filed March 14,
        2014]

        Objection / Response Deadline:      April 2, 2014 at 4:00 p.m. (EDT); extended for
                                            Official Committee of Unsecured Creditors to
                                            April 16, 2014 at 4:00 p.m. (EDT)

        Related Documents:

        A.      Declaration of Matthew J. Hart in Support of Debtors' Motion for Interim
                and Final Orders (A) Authorizing Debtors to Obtain Postpetition
                Financing and to Use Cash Collateral; (B) Granting Priming Liens and
                Providing Superpriority Claims; (C) Granting Adequate Protection to
                Prepetition Secured Parties; and (D) Prescribing the Form and Manner of
                Notice and Setting the Time for the Final Hearing [Docket No. 12 - filed
                March 14, 2014]

        B.      Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507
                (I) Approving Postpetition Financing, (II) Authorizing Use of Cash
                Collateral, (III) Granting Liens and Providing Super-Priority
                Administrative Expense Status, (IV) Granting Adequate Protection, (V)
                Modifying Automatic Stay, and (VI) Scheduling a Final Hearing [Docket
                No. 39 - filed March 17, 2014]

        C.      Notice of (I) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361,
                362, 363, 364, and 507 (I) Approving Postpetition Financing, (II)
                Authorizing Use of Cash Collateral, (III) Granting Liens and Providing
                Super-Priority Administrative Expense Status, (IV) Granting Adequate

6

Protection, (V) Modifying Automatic Stay, and (VI) Scheduling a Final Hearing" and (II) Scheduling of a Final Hearing Thereon [Docket No. 62 - filed March 18, 2014]

D.     Certification of Counsel Regarding  Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Super-Priority Administrative Expense Status, (IV) Granting Adequate Protection and (V) Modifying Automatic Stay [Docket No. 235 - filed April 22, 2014]

E.     Amended Certification of Counsel Regarding  Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Super-Priority Administrative Expense Status, (IV) Granting Adequate Protection and (V) Modifying Automatic Stay [Docket No. 243 - filed April 23, 2014]

Objections / Responses Received:     Informal comments from the Official Committee of Unsecured Creditors.

Status:  On April 23, 2014, the Debtors filed an amended certification of counsel regarding this matter. Accordingly, the hearing on this matter will only go forward to the extent the Court has questions or concerns.

9.     Debtors' Application Pursuant to Bankruptcy Code Sections 105(a) and 363(b) for Entry of an Order Authorizing the Debtors to (A) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Administrative Officer, a Senior Advisor and Certain Additional Personnel and (B) Designate Jonathan M. Tibus as Chief Administrative Officer for the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 74 - filed March 19, 2014]

Objection / Response Deadline:     April 2, 2014 at 4:00 p.m. (EDT); extended for the Office of the United States Trustee and the Official Committee of Unsecured Creditors to April 16, 2014 at 4:00 p.m. (EDT)

Related Documents:

A.     Certification of Counsel Regarding Order Authorizing the Debtors to (A) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Administrative Officer, a Senior Advisor and Certain Additional Personnel and (B) Designate Jonathan M. Tibus as Chief Administrative Officer for the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 241- filed April 22, 2014]

7

<u>Objections / Responses Received</u>:     Informal comments from the Office of the
United States Trustee.

<u>Status</u>:  On April 22, 2014, the Debtors filed a certification of counsel regarding
this matter. Accordingly, the hearing on this matter will only go forward
to the extent the Court has questions or concerns.

## IV.   UNCONTESTED MATTER GOING FORWARD:

10.   Debtors' Motion to Increase Cap Relating to Payment of Prepetition Claims of
Shippers Set Forth in the Order (I) Authorizing the Debtors to Pay Certain
Prepetition Claims (A) Arising Under the Perishable Agricultural Commodities
Act, (B) of Shippers, (C) Arising Under Bankruptcy Code Section 503(b)(9) and
(D) Claims Incurred in Connection with Postpetition Delivery of Goods and
Services and (II) Granting Related Relief [Docket No. 226 - filed April 18, 2014]

<u>Objection / Response Deadline</u>:   April 25, 2014 at 9:00 a.m. (EDT)

<u>Related Documents</u>:

A.     Order Shortening Notice with Respect to Debtors' Motion to Increase Cap
Relating to Payment of Prepetition Claims of Shippers Set Forth in the
Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A)
Arising Under the Perishable Agricultural Commodities Act, (B) of
Shippers, (C) Arising Under Bankruptcy Code Section 503(b)(9) and (D)
Claims Incurred in Connection with Postpetition Delivery of Goods and
Services and (II) Granting Related Relief [Docket No. 230 - entered April
21, 2014]

<u>Objections / Responses Received</u>:  None to date.

<u>Status</u>:  The hearing regarding this matter will go forward.

8

Wilmington, Delaware
Date: April 23, 2014

      */s/ Amanda R. Steele*

**RICHARDS LAYTON & FINGER P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Lee E. Kaufman (No. 4877)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Jason P. Rubin (admitted *pro hac vice*))
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Debtors and*
*Debtors in Possession*

RLF1 10059360v.1