IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> QCE FINANCE LLC, *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10543 (PJW) <br> ) <br> ) Jointly Administered <br> ) <br> ) Re: Docket Nos. 105 & 240 |

**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(A)
AND BANKRUPTCY RULE 9019 AUTHORIZING AND APPROVING
COMPROMISE AND SETTLEMENT WITH CERTAIN FRANCHISEE LITIGANTS**

Upon the motion (the "*Motion*")[2] of the above-captioned debtors and debtors in possession (collectively, the "*Debtors*"), seeking entry of an order approving a proposed compromise and settlement by and among the Debtor Defendants and the Franchisees, and authorizing the Debtor Defendants' entry into the Franchisee Settlement Agreement in connection therewith, all as further described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and upon the record of all proceedings had before the Court; and the Court having found and determined that the relief requested in the Motion is in the best interests of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: QCE Finance LLC (7897); American Food Distributors LLC (8099); National Marketing Fund Trust (4951); QAFT, Inc. (6947); QCE LLC (2969); QFA Royalties LLC (2402); QIP Holder LLC (2353); Quiz-CAN LLC (7714); Quizno's Canada Holding LLC (3220); Quiznos Global LLC (2772); Restaurant Realty LLC (8293); The Quizno's Master LLC (3148); The Quizno's Operating Company LLC (8945); The Regional Advertising Program Trust (2035); and TQSC II LLC (8683). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 17th Street, Suite 200, Denver, Colorado 80202.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Debtors' estates, their creditors, and all other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. Pursuant to Bankruptcy Rule 9019, the terms and conditions of the Franchisee Settlement Agreement are approved and the Debtor Defendants are authorized to enter into the Franchisee Settlement Agreement. The Court finds and determines that the proposed compromises and resolution embodied in the Franchisee Settlement Agreement are fair, reasonable and appropriate, and represent a sound exercise of the Debtor Defendants' business judgment.

3. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, and (ii) the Debtor Defendants may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4. Nothing in this Order or the Franchisee Settlement Agreement constitutes an admission or concession of any legal issue raised in or relating to the Franchisee Litigation Claims.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware

Date: April 25, 2014

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE