# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | QCE FINANCE LLC | | |
| **Case Number:** | 14-10543-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 25, 2014 09:30 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

### *Matter:*

Omnibus

**R / M #:**   245 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Order signed on 4/22/14
#2 to #4 - Continued to 5/12/14 @ 11:00
#5 - Order signed on 4/22/14
#7 - CNO filed and Order signed
#8 - Certification of Counsel filed and Final Order signed
#9 - Certification of Counsel filed and Order signed
#10 - Order signed