**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

May 30, 2014

```
Mark D. Collins
Paul N. Heath
Marisa A. Terranova
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Re:  QCE Finance, LLC
     Case No. 14-10543

Dear Counsel:

     Enclosed is a copy of a May 20, 2014 letter from Dale

A. Thomas, Jr.  It is docketed as No. 380.  I assume that Mr.

Thomas is a franchisee.
```

Very truly yours,

Peter J. Walsh

PJW:ipm

Enc.

To: The Honarable Peter J. Walsh   Date: 05/20/2014
Ref. QCE Finance, LLC / Case 14-10543

From: Dale A. Thomas Jr.
      Member: QofO, LLC (dba: Quiznos 5037).

RECEIVED
MAY 28 2014
JUDGE WALSH

Your Honor, I am writing you at this late hour to urge you to order or place an immediate injunction on store closures by the TQSC II, LCC and any QFC Finance, LLC affiliates (except of course in the case of health or safety dangers to the public as verified by a local health department). The legal department at Quinznos in Denver is Tamara Wright.

My wife, myself, our employees, our vendors and SBA loans are in immediate danger of financial failure due to Quiznos actions and leadership over the last seven years. They are now demanding we sign an agreement to avoid immediately being defaulted out of our last (had three at one time). The agreement they seek demands and is an effort to take away all our rights known or unknown or we will lose our last store unless we agree to ALL their terms. It appears to be a trap designed to strip us of all our rights and to ensure we are silent.

We have been working hard to recover financially from the many, many harmful decisions, policies and actions by the leadership of Quiznos.

Please include for consideration the financial harm caused to present and past Franchisees. Please have closed door/series of conference calls to owners before you release QFC Finance, LCC and affiliates from Bankruptcy. I have been in the system since 2000 and the last straw

380

that made it impossible for my wife and I to comply 100 percent with Quinzos came after years of complying fully. Their decisions in May of 2011 cost my wife and I our house. At that time we had to not comply 100 percent or we would have to close. Everyone who complies with Quiznos (very few exceptions in the US Market) 100 percent will fail and have failed. I have and others have been pleading with them to change their approach on many fronts for years to no avail. I could write a book (I think they are afraid of that) demonstrating examples of mistake after mistakes, decision after decision that have hurt sales for years, raising costs and breakevens to unsustainable levels. Our cash flow at store levels have not been a priority and we are just considered collateral damage. They have spent their years always blaming the owners and insulating themselves from any accountability.

No Franchise owner wanted Quiznos to fail nor did any of us want a hostile relationship with our Franchisor. It is way too stressful and it is not logical that we would want such conflicts. At the same time we did not want to be forced into bankruptcy ourselves and to endure financial hardship after financial hardship destroying families futures and reputations in their communities. Do we not have the right to not follow the Franchisor into the ditch or financial ruin? Owners have been and are constantly under pressure and intimidation to comply regardless of what harm it causes us. We are the ones who have spent the money to build the stores, spent countless dollars, emptied saving accounts, hours and hours of work, no days off , no vacations in order to try to keep the doors open etc,.. while Quiznos turned a deaf ear and applied more pressure and intimidation to do what they wanted with no real and honest regard what those consequences would be for us.

Your Honor, Quiznos has for the longest time relied on using "spin, political language, threats, manipulation, coercion, over promised and under delivered". This Culture has led to where we are today. Unfortunately this Culture denies discovering and exercising real solutions and has kept Quiznos from changing the financial outcome for us all. It is a culture that does not take responsibility for its actions and denies Franchisees success. Those solutions did exist, but they would have had to quit blaming owners and perhaps gave owners more than lip service when it came to listening to our concerns.

So, please do not let them cause any more harm to their shrinking group of owners. Bar them for any reason closing a store except for health and safety reasons verified only by an outside source.

Quiznos Corporate leadership has always been the biggest threat to their own and our success.

Our store is gaining in sales and my wife and I are trying to right our and the store's financial ship. We have made great strides in the right direction. In fact our store is well above the national average, but we could not do it following their rules 100 percent. Their store model does not work and they have not fixed that. We would like to comply 100 percent, but we have to have the right to recover. That right is about to be denied when we are so close. Our employees, children,vendors and banks need to be kept safe from our leaders and their legal department (yes) has done a great job making owners accountable for everything and Quiznos accountable for nothing.

If they can not treat us better, change their approach, the culture and operate in such a way they do need to make us be quiet, take away our rights known or unknown, but perhaps actually create a great narrative

that is true and positive; then perhaps they should not be allowed to emerge from bankruptcy and the owners position should be elevated to that as of an employee; since that is how we actually function (only we pay for everything), in the case of a liquidation.

If they do not change their whole approach they will in fact fail again and hurt/dash the hopes and dreams of many more American families.

I do not know all the answers, but I do know we have been working night and day trying to make this work for the good of all.  Maybe the company should be forced into a co-op situation if that is possible in order to achieve the positive outcome all owners had hoped and prayed for.

Thank you for your time and consideration.  I know you are very busy, but you may be the only one who can make the difference Quinzos would have to embrace to be successful now and in the future.  We did not want them or ourselves to fail.

Lastly,  please do not communicate that I have taken this time to communicate with you because we actually are afraid of them.  It is a very vindictive group for anyone who would stand their ground..we would be punished.

Thank you,

Sincerely,

*Dale A. Thomas*
Dale Thomas Jr.

P.S.  I just got word they plan on terminating us.  I hope you can and will put a stop (even if it is a temp. injunction) that would help us all.

We spent almost $600,000.00 buidling these stores and at least $200,000.00 more trying to keep the doors open.

Thank you.